**Jeffrey L. MERRELL, Plaintiff–Appellant**

v.

**DOUGLAS COUNTY NEBRASKA; Jeffrey Newton; Barbara Glazer; Wayne Lovett; John Skanes; Michael Myers; John Does, 1–50; Jane Does, 1–50; Mark Foxall, Defendants–Appellees.**

No. 13–2920.

United States Court of Appeals, Eighth Circuit.

Submitted: April 1, 2014.

Filed: April 8, 2014.

Before BYE, GRUENDER, and SHEPHERD, Circuit Judges.

PER CURIAM.

Jeffrey L. Merrell appeals the district court's [1] adverse grant of summary judgment in his 42 U.S.C. § 1983 action. Having carefully reviewed the record, *see Whisenhunt v. Sw. Bell Tel.*, 573 F.3d 565, 568 (8th Cir.2009) (de novo review), we agree with the reasons the district court cited for finding no genuine issues of material fact on Merrell's claims; and we find no merit to Merrell's arguments for reversal. The

---

1. The Honorable Laurie Smith Camp, Chief Judge, United States District Court for the District of Nebraska.

judgment of the district court is affirmed. *See* 8th Cir. R. 47B.